MARY SIMMONS, Appellant, v. HOWELL REALTY CO., INC., Respondent and Third-Party Plaintiff. FLORELL UNDERWEAR CO., INC., Third-Party Defendant. — Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

BEATRICE RANNEY, as Administratrix of the Estate of DONALD McN. RANNEY, Deceased, Appellant, v. HABERN REALTY CORPORATION et al., Defendants, and MONROE LAWRENCE CONSTRUCTION CORPORATION, Respondent. HABERN REALTY CORPORATION, Third-Party Plaintiff, v. UNITED STONE WORKS, INC., Third-Party Defendant. MONROE A. LAWRENCE BUILDING CONST. CORP., Third-Party Plaintiff, v. UNITED STONE WORKS, INC., Third-Party Defendant.— Motion to dismiss appeal granted, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

### (June 17, 1954.)

■

In the Matter of the Application for Admission to the Bar of WILLIAM R. KLEIN, Petitioner.— Motion granted to the extent of requesting the New York State Board of Law Examiners to extend to petitioner the same opportunity to retake the Bar examinations as is afforded original applicants for admission to the Bar. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

HAWTHORNE STEEL CORPORATION, Appellant, v. ARLINGTON STEEL CORPORATION, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion for leave to serve an amended complaint granted on condition that the plaintiff proceed to trial expeditiously and without further delay. It is proposed simply to allege the original contract with Baird made on August 22, 1950, and substitution of Runnymede as purchaser, which assigned its cause of action to the plaintiff. We regard the amendment as alleging background facts without effecting a change in the cause of action, which continues to be predicated on alleged breach of contract with Runnymede, and no other. In this view of the matter there is no new cause of action pleaded, nor will the granting of leave to serve the proposed amended complaint amount to revival of the second cause of action originally dismissed. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.